DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JESUS JAVIER CHAVEZ-MATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  1:06-cr-0155 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| JESUS JAVIER CHAVEZ-MATA, ) | Date:  July 31, 2006 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon.  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for July 3, 2006,  may be continued to **July 31, 2006, at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2 | DATED:  June 29,  2006             MCGREGOR W. SCOTT
                                        United States Attorney

5 |                                     By /s/ Marianne A. Pansa
                                        MARIANNE A. PANSA
6 |                                     Assistant U.S. Attorney
                                        Attorney for Plaintiff

8 | DATED: June 29, 2006                DANIEL J. BRODERICK
                                        Federal Defender

11 |                                    By /s/ Mark A. Lizárraga
                                        MARK A. LIZÁRRAGA
                                        Assistant Federal Defender
12 |                                    Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 30, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2